The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLE LLERA,

                              Plaintiff,

        v.

TECH MAHINDRA (AMERICAS) INC.,
a Delaware Corporation,

                              Defendant.

NO.  2:19-cv-00445

**STIPULATION AND ORDER EXTENDING DATE FOR ANSWER**

WHEREAS Plaintiff served a Summons and Complaint on Defendant's counsel on March 7, 2019, and a First Amended Complaint on Defendant's counsel on March 19, 2019;

WHEREAS Defendant removed this matter to the United States District Court for the Western District of Washington at Seattle on March 26, 2019;

WHEREAS Defendant's current time to answer, move against, or otherwise respond to the Complaint is April 2, 2019;

WHEREAS Plaintiff has filed a motion to remand this action to state



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

court proceedings; and

WHEREAS counsel for the parties have conferred and agreed to extend the time for Defendant to answer, move against, or otherwise respond to the First Amended Complaint;

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendant's time to answer, move against, or otherwise respond to the First Amended Complaint is hereby extended until seven (7) days after the Court issues a ruling on Plaintiff's motion to remand.

IT IS SO ORDERED.

Dated this 1ˢᵗ day of April, 2019.

_____
Robert S. Lasnik
United States District Judge

Presented by:


By: s/ Kristin Nealey Meier
    Kristin Nealey Meier, WSBA #33562
    RYAN SWANSON & CLEVELAND PLLC
    1201 Third Avenue, Suite 3400
    Seattle, WA  98101-3034
    Tel:  (206) 464-4224; Fax:  (206) 583-0359
    kmeier@ryanlaw.com


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101·3034
206.464.4224  |  Fax 206.583.0359

KELLEY DRYE & WARREN LLP

By: _/s/ Mark A. Konkel_____
    Mark A. Konkel, Pro Hac Vice
    Steven R. Nevolis, Pro Hac Vice
    101 Park Avenue
    New York, NY 10178
    Tel: (212) 808-7800; Fax: (212) 808-7897
    mkonkel@kelleydrye.com
    snevolis@kelleydrye.com

*Attorneys for Defendant Tech Mahindra (Americas) Inc.*

BEAN LAW GROUP

By: _____/s/ Matthew J. Bean_____
    Matthew J. Bean, WSBA #23221
    Cody Fenton-Robertson, WSBA #47879
    Denny Building, Suite 500
    2200 Sixth Avenue
    Seattle, WA 98121
    Tel: (206) 522-0618; Fax: (206) 524-3751
    matt@beanlawgroup.com
    cody@beanlawgroup.com

*Attorneys for Plaintiff*



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359