UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECH MAHINDRA (AMERICAS) INC.,<br><br>　　　　Defendant. | NO. C19-0445RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on "Tech Mahindra (Americas) Inc.'s Motion for Protective Order." Dkt. # 34. Having reviewed the memoranda, declarations, and exhibits submitted by the parties,[1] the Court finds that a protective order is appropriate. The four categories of documents specified in the proposed protective order (Dkt. # 34-2 at 2) are the type of confidential, non-public business information that is regularly afforded protection in this district. *See, e.g., Hill v. Xerox Corp.*, No. C12-0717JCC (W.D. Wash. Mar. 27, 2014) (Dkt. # 112) (finding that documents containing significant detail about employee compensation plans are sources of business information that could be used to harm defendant's competitive standing, justifying a protective order). The fact that plaintiff's claims rely on a comparison between her compensation and that of other employees does not make the sales commission plans pursuant to

---

[1] This matter can be decided on the papers submitted. Defendant's request for oral argument is DENIED.

ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER - 1

which the compensations were calculated or the payroll information of her co-workers public or reduce the likelihood that its disclosure could harm defendant's competitive standing. If plaintiff believes that defendant has designated documents improperly, the protective order provides a process through which she can challenge the designations.

The Court will enter the protective order proposed by defendant: designations made prior to entry of the Order are retroactively covered by the order.

Dated this 16th day of July, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER - 2