The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>                            Plaintiff,<br><br>  v.<br><br>TECH MAHINDRA (AMERICAS) INC., a Delaware Corporation,<br><br>                            Defendant. | NO. 2:19-cv-00445-RSL<br><br>**TECH MAHINDRA (AMERICAS) INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSION**<br><br>**NOTED FOR CONSIDERATION: May 14, 2021** |

Tech Mahindra (Americas) Inc. ("Tech Mahindra" or "Defendant") submits this Opposition to Plaintiff's Motion to Determine Sufficiency of Defendant's Responses to Requests for Admissions (the "Motion").

On April 22 and 27, 2021, Defendant advised Plaintiff that it will provide supplemental responses (in the form of an admission or denial) to all Requests for Admissions that are the subject of the Motion, i.e., RFA Nos. 1, 2, 3, 4, 7, 10, 11, 16, and 23 and 24. (*See* Sriv. Decl. ¶2; Dkt. 92). Plaintiff's Motion is thus moot, and the Court should deny an order compelling Defendant to "provide sufficient responses to Plaintiff's Requests for Admission, or in the alternative, deem the requests admitted." (Dkt. 92, at 7).

/ / /

TECH MAHINDRA (AMERICAS) INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSION- 1
Case No. 2:19-cv-00445-RSL

4811-5556-6057.1


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**CONCLUSION**

Tech Mahindra respectfully requests that the Court deny Plaintiff's Motion to Determine Sufficiency of Defendant's Responses to Requests for Admissions.

DATED this 10th day of May, 2021.

By: */s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Tel: (206) 464-4224; Fax: (206) 583-0359
kmeier@ryanlaw.com

By */s/ Mark A. Konkel*
Mark A. Konkel (pro hac vice)
Nidhi Srivastava (pro hac vice)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
Tel: (212) 808-7800; Fax: (212) 808-7897
mkonkel@kelleydrye.com
NSrivastava@KelleyDrye.com

*Attorneys for Defendant Tech Mahindra (Americas) Inc.*

TECH MAHINDRA (AMERICAS) INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSION- 2
Case No. 2:19-cv-00445-RSL
4811-5556-6057.1


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359