UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLE LLERA,

        Plaintiff,

   v.

TECH MAHINDRA (AMERICAS) INC.,

        Defendant.

Cause No. C19-0445RSL

ORDER GRANTING LEAVE TO AMEND COMPLAINT

    This matter comes before the Court on plaintiff's "Motion for Leave to Amend Complaint to Specify Relief Requested and for Telephonic Status Conference to Set Case Schedule." Dkt. # 106. The motion is unopposed. Plaintiff may, within seven days of the date of this Order, file an amended complaint as set forth in Dkt. # 106-1.

    The request for a status conference is denied, however. A discovery motion (Dkt. # 90) remains pending, and the Court previously indicated that "a new case management order providing at least 60 days in which to complete discovery" would be issued when all such motions were resolved. Dkt. # 98. Plaintiff offers no reason to alter that procedure.

    Dated this 30th day of August, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE
TO AMEND COMPLAINT - 1