The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>                            Plaintiff,<br><br>     v.<br><br>TECH MAHINDRA (AMERICAS) INC., a Delaware Corporation,<br><br>                            Defendant. | NO.  2:19-cv-00445-RSL<br><br>**STIPULATED MOTION FOR ORDER EXTENDING TIME FOR AMENDED ANSWER** |

**STIPULATION**

The Parties, by and through their respective counsel of record, move the Court for an Order extending time for Defendant Tech Mahindra Americas Inc., ("Tech Mahindra") to file a response to the Second Amended Complaint.

**FACTS AND ARGUMENT**

This case was originally filed in King County Superior Court on March 6, 2019.  On March 26, 2016, the matter was removed from King County Superior Court and filed in the United States District Court for the Western District of Washington.

There is currently no trial date set in this matter, as all deadlines were stricken by the Court's "Order Continuing Case Management Deadlines." *See* Dkt. 98. Pursuant to the

1  Court's August 30 "Order Granting Leave to Amend Complaint" a new case management
2  order providing at least 60 more days of discovery will be issued following the resolution of
3  Dkt. 90. *See* Dkt. 108.
4      On August 5, 2021, the Plaintiff filed a Motion for Leave to Amend the Complaint,
5  which was unopposed by Tech Mahindra. *See* Dkt. 106.
6      On August 30, 2021, the Court issued an Order granting Plaintiff's Motion. *See* Dkt.
7  108. And the same day, Plaintiff filed the Second Amended Complaint. *See* Dkt. 109.
8      Pursuant to Fed. R. Civ. P. 15, Defendant's response to the Second Amended
9  Complaint is due on Monday September 13, 2021.
10      Following discussions between Kelley Drye & Warren LLP and Tech Mahindra, Tech
11  Mahindra advised defense counsel on Tuesday, September 8, 2021 that it would proceed with
12  new counsel for the remainder of this litigation. Additional time is, therefore, required by
13  Tech Mahindra to transfer all activity in this case to new counsel and to allow new counsel to
14  prepare and file the Amended Answer.
15      To that end, counsel for Plaintiff has agreed to a 30-day extension of time for Tech
16  Mahindra to respond to the Second Amended Complaint.
17      Good cause exists for this extension, and thus the Parties respectfully request:
18      1. Tech Mahindra's time to file an Amended Answer is extended by 30 days, or
19         until Wednesday October 13, 2021.
20      **AGREED AND STIPULATED TO** this 8th day of September, 2021.

21  By: /s/ Matthew J. Bean          By /s/ Mark A. Konkel
      Matthew J. Bean, WSBA #23221      Mark A. Konkel (pro hac vice)
22    Cody Fenton-Robertson, WSBA #47879  KELLEY DRYE & WARREN LLP
      Bean Law Group                       3 World Trade Center
      Denny Building, Suite 500            175 Greenwich Street
23    2200 Sixth Avenue                     New York, NY 10007

| | |
|---|---|
| Seattle, WA  98121<br>T: 206-522-0618<br>F: 206-524-3751<br>matt@beanlawgroup.com<br>cody@beanlawgroup.com<br><br>*Attorneys for Plaintiff Danielle Llera* | Telephone:  (212) 808-7800<br>Facsimile:  (212) 808-7897<br>mkonkel@kelleydrye.com<br><br>By: */s/ Kristin Nealey Meier*<br>Kristin Nealey Meier, WSBA #33562<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>Telephone: (206) 464-4224<br>Facsimile: (206) 583-0359<br>kmeier@ryanlaw.com<br><br>*Attorneys for Defendant*<br>*Tech Mahindra (Americas) Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED this __9th__ day of __September__, 2021.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER EXTENDING DEFENDANT'S
TIME TO FILE AN AMENDED ANSWER - 3
Case No. 2:19-cv-00445-RSL

4847-6043-9546V.3

1  Presented by:

2  BEAN LAW GROUP

3  By: */s/ Matthew J. Bean*
   Matthew J. Bean, WSBA #23221
4  Cody Fenton-Robertson, WSBA #47879

5  KELLEY DRYE & WARREN LLP

6  By */s/ Mark A. Konkel*
   Mark A. Konkel (pro hac vice)

7  RYAN, SWANSON & CLEVELAND, PLLC

8  By: */s/ Kristin Nealey Meier*
   Kristin Nealey Meier, WSBA #33562

STIPULATED MOTION FOR ORDER EXTENDING DEFENDANT'S
TIME TO FILE AN AMENDED ANSWER - 4
Case No. 2:19-cv-00445-RSL

4847-6043-9546V.3