|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>                        Plaintiff,<br><br>   v.<br><br>TECH MAHINDRA (AMERICAS) INC., a Delaware Corporation,<br><br>                        Defendant. | NO. 2:19-cv-00445-RSL<br><br>**STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT; AND ORDER** |

Pursuant to LCR 83.2(b), Defendant, TECH MAHINDRA (AMERICAS) INC. ("Defendant") hereby stipulates, by and through their current and to-be-substituted counsel of record, to (1) the withdrawal of their current counsel of record, Kristin Nealey Meier and Helen M. Hapner of Ryan, Swanson & Cleveland, PLLC and Mark A. Konkel of Kelley Drye & Warren LLP; and (2) the substitution and appearance of Andrew M. Schpak and Nicole C. Elgin, of Barran Liebman LLP, as counsel of record for them in this action.

Upon this Court's order granting this stipulated substitution, Defendant respectfully requests that all pleadings, discovery, and other material be served upon counsel at:

/ / /

/ / /

/ / /

---

STIPULATED WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT AND ORDER - 1
Case No. 2:19-cv-00445-RSL

4822-2505-5484.1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

```
                Andrew M. Schpak, WSBA No. 39901
                Nicole C. Elgin, WSBA No. 54916
                BARRAN LIEBMAN LLP
                601 SW Second Avenue, Suite 2300
                Portland, OR 97204-3159
                Phone: (503) 228-0500
                Fax: (503) 274-1212
                aschpak@barran.com
                nelgin@barran.com
```

**AGREED AND STIPULATED TO** this 23rd day of September, 2021.

By: */s/  Andrew M. Schpak*  
    Andrew M. Schpak, WSBA No. 39901  
By: */s/  Nicole C. Elgin*  
    Nicole C. Elgin, WSBA No. 54916  
    BARRAN LIEBMAN LLP  
    601 SW Second Avenue, Suite 2300  
    Portland, OR 97204-3159  
    Phone: (503) 228-0500  
    Fax: (503) 274-1212  
    aschpak@barran.com  
    nelgin@barran.com  

*SUBSTITUTING Attorneys for Defendant Tech Mahindra (Americas) Inc.*

By: */s/  Kristin Nealey Meier*  
    Kristin Nealey Meier, WSBA #33562  
By: */s/  Helen M. Hapner*  
    Helen M. Hapner, WSBA #55498  
    RYAN, SWANSON & CLEVELAND, PLLC  
    1201 Third Avenue, Suite 3400  
    Seattle, Washington  98101-3034  
    Telephone: (206) 464-4224  
    Facsimile: (206) 583-0359  
    kmeier@ryanlaw.com  
    hapner@ryanlaw.com  

By */s/  Mark A. Konkel*  
   Mark A. Konkel (pro hac vice)  
   KELLEY DRYE & WARREN LLP  
   3 World Trade Center  
   175 Greenwich Street  
   New York, NY 10007  
   Telephone:  (212) 808-7800  
   Facsimile:  (212) 808-7897  
   mkonkel@kelleydrye.com  

*WITHDRAWING Attorneys for Defendant Tech Mahindra (Americas) Inc.*

/ / /

/ / /

/ / /

STIPULATED WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT AND ORDER - 2
Case No. 2:19-cv-00445-RSL

4822-2505-5484.1


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BARRAN LIEBMAN LLP

By: /s/ Andrew M. Schpak
    Andrew M. Schpak, WSBA No. 39901
By: /s/ Nicole C. Elgin
    Nicole C. Elgin, WSBA No. 54916

RYAN, SWANSON & CLEVELAND, PLLC

By: /s/ Kristin Nealey Meier
    Kristin Nealey Meier, WSBA #33562
    Helen M. Hapner, WSBA #55498

KELLEY DRYE & WARREN LLP

By /s/ Mark A. Konkel
    Mark A. Konkel (pro hac vice)

STIPULATED WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT AND ORDER - 3
Case No. 2:19-cv-00445-RSL

4822-2505-5484.1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359