UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECH MAHINDRA (AMERICAS) INC.,<br><br>　　　　　Defendant. | Cause No. C19-0445RSL<br><br>ORDER |

　　　　This matter comes before the Court on "Plaintiff's Third Motion to Compel Defendant's Responses to Plaintiff's Discovery Requests." Dkt. # 90. The motion was filed as a precautionary measure on the last day for filing discovery motions: the parties agreed that the resolution of defendant's previously-filed motion for protective order regarding the same discovery requests would obviate the need for a separate resolution of this matter.

　　　　The motion for protective order was denied in June 2021. Dkt. # 102. Plaintiff's motion to compel is therefore DENIED as moot. Now that Dkt. # 50, 51, 66, 67, 76, 79, 90, and 92 have been resolved or withdrawn, the Clerk of Court is directed to issue a new case management order providing at least 60 days from the date of this Order in which to complete discovery. *See* Dkt. # 98.

　　　　DATED this 8th day of November, 2021.

　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1