UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LLERA,<br><br>Plaintiff,<br><br>v.<br><br>TECH MAHINDRA (AMERICAS) INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:19-cv-00445-RSL<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND DISCOVERY
DEADLINE - 1
Case No. 2:19-cv-00445-RSL

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

This matter came before the Court on the parties' Joint Stipulated Motion to Extend Discovery Deadline. Having considered the submission of the parties, it is hereby ORDERED that the discovery deadline is extended to March 8, 2022.

Dated this 30th day of December, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

Presented by:
BARRAN LIEBMAN LLP
Andrew M. Schpak, WSBA #39901
aschpak@barran.com
Nicole C. Elgin, WSBA #54916
nelgin@barran.com

NILAN JOHNSON LEWIS PA
Pablo Orozco (*admitted pro hac vice*)
porozco@nilanjohnson.com
Katie M. Connolly (*admitted pro hac vice)*
kconnolly@nilanjohnson.com

Attorneys for Defendant Tech Mahindra (Americas) Inc.

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE - 2
Case No. 2:19-cv-00445-RSL
4865-9131-2648

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212