# APPENDIX A

**INTERROGATORY NO. 19:** Identify all individuals who participated in determining that Llera's work on Houlihan deal did not qualify her for a "large deal incentive" per the terms of the applicable sales incentive plan.

**SUPPLEMENTAL ANSWER:** … Subject to and without waiving its objections, *see* Supplemental Response to Request for Production No. 24. Defendant further states, pursuant to Rule 33(d), that information responsive to Interrogatory No. 19 can be derived from documents produced, including: TM39385-TM38763.

**REQUEST FOR PRODUCTION NO. 25:** Produce all documents that indicate the "▬▬▬▬▬▬" project described by Sandeep Thawani was placed in the "▬▬▬▬▬" pillar or any other pillar (with respect to an applicable Sales Incentive Plan).

**SUPPLEMENTAL RESPONSE**: … Subject to and without waiving its objections, *see* Supplemental Response to Request for Production No. 24 and documents previously produced, including: TM39385-38763.

**REQUEST FOR PRODUCTION NO. 26:** Produce copies of all documents indicating which T-Mobile contracts were placed in any particular pillar (with respect to any applicable Sales Incentive Plan).

**SUPPLEMENTAL RESPONSE**: … Subject to and without waiving its objections, *see* Supplemental Response to Request for Production No. 24 and documents previously produced, including: TM39385-38763.

**REQUEST FOR PRODUCTION NO. 27:** Please produce copies of all documents where "pillar" is defined per the 2017 Sales Incentive Plan." See, e.g. page 23 of Sandeep Thawani's November 17, 2020 deposition.

**SUPPLEMENTAL RESPONSE**: … Subject to and without waiving its objections, *see* Supplemental Response to Request for Production No. 24 and documents previously produced, including: TM39385-38763.

APPENDIX A
TO PLAINTIFF'S MOTION FOR SANCTIONS

BEAN LAW GROUP
2200 6TH Ave, Ste 500
Seattle, WA 98121
(206) 522-0618